**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Robert Williams Brooks III<br>3544 Highland Drive<br>Coeur D Alene, ID 83815<br><br>Social Security No.: xxx–xx–9980<br>Employer's Tax I.D. No.:<br><br>Debtor<br><br>Roberta Sue Brooks<br>3544 Highland Drive<br>Coeur D Alene, ID 83815<br><br>Social Security No.: xxx–xx–6510<br>Employer's Tax I.D. No.:<br><br>Joint Debtor<br>_____ | Case Number:   15–20060–TLM<br><br>Chapter Number: 7 |

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately or the case may be DISMISSED after the due dates listed below.

Domestic Support Stmt due 02/17/2015
Employee Income Records due 02/17/2015
Ch 7 Income Form 22A–1 due 02/17/2015
Aty Disclosure Stmt. due 02/17/2015
Schedules A–J due 02/17/2015
Summary of Schedules due 02/17/2015
Statement of Intent due 02/17/2015
Stmt. of Fin. Affairs due 02/17/2015
Statistical Summary due 02/17/2015

Dated: 2/3/15

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court