# Notice Recipients

District/Off: 0976–2                User: bcrowder                Date Created: 2/3/2015
Case: 15–20060–TLM                 Form ID: def                  Total: 4

**Recipients of Notice of Electronic Filing:**
ust        US Trustee        ustp.region18.bs.ecf@usdoj.gov
aty        Cameron Lee Phillips        cameronphillips@hotmail.com,erinewebb@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Robert Williams Brooks, III        3544 Highland Drive        Coeur D Alene, ID 83815
jdb        Roberta Sue Brooks        3544 Highland Drive        Coeur D Alene, ID 83815

TOTAL: 2